# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

**ADV:** 10-90132

**KBR GROUP, INC. & KBR OPPORTUNITY FUND I, LP & KBR OPPORTUNITY FUND II, LP VS COLONY PROPERTIES INTERNATIONAL, LLC & COLONY PROPERTIES INTERNATIONAL II, LLC & NICHOLAS MARSCH & BRIARWOOD CAPITAL, LLC & KRMW REAL ESTATE INVESTMENT GROUP, LLC**

| | |
|---|---|
| **Debtor:** | COLONY PROPERTIES INTERNATIONAL, LLC |
| **Case Number:** | 10-02937-PB11     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 19, 2011 10:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | HEATHER PITVOREC |

### Matter:

PRE-TRIAL STATUS CONFERENCE (fr. 7/18/11)

### Appearances:

ALAN VANDERHOFF, ATTORNEY FOR KBR GROUP, INC., KBR OPPORTUNITY FUND I, LP, KBR OPPORTUNITY FUND II, LP
GERALD N. SIMS, ATTORNEY FOR TRUSTEE IN NICOLAS MARSCH
GARY B. RUDOLPH, ATTORNEY FOR TRUSTEE IN BRIARWOOD CAPITAL, LLC
VICTOR VILAPLANA, ATTORNEY FOR TRUSTEE IN COLONY I & II

### Disposition:

Off calendar.